UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14009-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HERNAN PANIAGUA-CALDERON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon a Report and Recommendation of the Magistrate Judge which conducted an Evidentiary Hearing in respect to a Superseding Petition for Violations Alleging Violations of Supervised Release.

**THE MATTER** was held before Magistrate Judge Frank J. Lynch Jr, on September 17, 2013. A Report and Recommendation was filed on September 17, 2013, (D.E.#39), recommending that this Court find Defendant has violated the conditions of his supervised release in respect to violation numbers 1 through 3 as se forth in the Superseding Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's admissions on the final hearing to the Violation as set forth in respect to the Superseding Petition for Violation of Supervised Release of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 1 through 3 inclusive as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _8_ day of October, 2013.

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office